| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>WRIGHT, SUSAN W. | 2. Court or Organization<br><br>EASTERN DISTRICT OF ARKANSAS | 3. Date of Report<br><br>04/27/2016 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. DISTRICT JUDGE (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>UNITED STATES DISTRICT COURT<br>600 W. CAPITOL AVE., SUITE 522<br>LITTLE ROCK, AR 72201 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. TRUSTEE | FOUR (4) FAMILY TRUSTS |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ELAN | CREDIT CARD - REVOLVING CREDIT | J |
| 2. | NISSAN MOTOR ACCEPTANCE CORPORATION | DEFICIENCY OBLIGATION (NOT JUDGMENT) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA/CREF-1 S403(b) | D | Interest | M | T | Distributed (part) | 02/04/15 | K | | |
| 2. Simmons Bank Account | A | Interest | K | T | | | | | |
| 3. Family Trust 1 (MSDW    )HMEB | B | Int./Div. | L | T | | | | | |
| 4. - Guggenheim Bulletshares 2015 (BSJF) | | | | | Sold | 01/06/15 | J | | |
| 5. - IShares S&P 500 Growth ETF | | | | | Sold (part) | 01/07/15 | J | A | |
| 6. - IShares S&P 500 Value Index | | | | | Sold (part) | 01/07/15 | J | A | |
| 7. | | | | | Sold | 05/13/15 | J | A | |
| 8. - IShares S&P Midcap 400 Index | | | | | Sold (part) | 10/01/15 | J | | |
| 9. - Vanguard Div. Apprec. (VIG) | | | | | Sold | 05/13/15 | J | A | |
| 10. - Virtus Multi Sect Sht Trm BDI (PIMSX) | | | | | Sold (part) | 01/06/15 | J | | |
| 11. - Wisdomtree Div. Top 100 (DTN) | | | | | Sold | 04/14/15 | J | A | |
| 12. - Wisdomtree Equity Income Fds | | | | | Sold | 08/07/15 | J | A | |
| 13. - FIRST TRUST CAP GROWTH (FNY) | | | | | Sold | 03/10/15 | J | A | |
| 14. - FIRST TRUST NORTH AMERICAN E (EMLP) | | | | | Sold (part) | 05/13/15 | J | | |
| 15. | | | | | Buy (add'l) | 10/22/15 | J | | |
| 16. - FIRST TRUST DORSEY WRIGHT FO (FV) | | | | | Buy (add'l) | 01/06/15 | J | | |
| 17. | | | | | Sold (part) | 08/27/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/29/15 | J | A | |
| 19. | | | | | Sold (part) | 10/01/15 | J | A | |
| 20. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 21. - FIRST TRUST DW FOCUS 5 INTL (IFV) | | | | | Sold (part) | 01/22/15 | J | A | |
| 22. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 23. | | | | | Sold (part) | 10/01/15 | J | | |
| 24. - ISHARES RUSSELL 2000 GROWTH ETF (IWO) | | | | | Sold (part) | 10/01/15 | J | | |
| 25. - SPDR CAPITAL BUILD AMER (BABS) | | | | | Sold | 05/06/15 | J | | |
| 26. - SPDR BARCLAYS CAPITAL LONG TER (TLO) | | | | | Sold | 05/06/15 | J | | |
| 27. - SPDR BARCLAYS CAPITAL L/T CR BND (LWC) | | | | | Sold | 05/06/15 | J | | |
| 28. - SPDR NUVEEN BARCLAYS CAPITAL M (TFI) | | | | | | | | | |
| 29. - FIRST TRUST SENIOR LOAN FUND (FTSL) | | | | | Buy | 05/13/15 | J | | |
| 30. - FIRST TRUST TECH ALPHA ETF (FXL) | | | | | Buy | 06/04/15 | J | | |
| 31. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 32. - GUGGENHEIM S&P 500 EQU WEIGHT (RSP) | | | | | Buy | 11/17/15 | J | | |
| 33. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 34. - ISHARES US FINANCIALS ETF (IYF) | | | | | Buy | 11/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 36. - POWERSH DWA TECH LEAD PTF ETF (PDP) | | | | | Buy | 04/29/15 | J | | |
| 37. - POWERSHARES PREFERRED PORT (PGX) | | | | | Buy | 03/10/15 | J | | |
| 38. - POWERSHARES S&P 500 LOW VOLA (SPLV) | | | | | Buy | 04/29/15 | J | | |
| 39. - PROSHARES SHORT S&P 500 (SH) | | | | | Buy | 10/02/15 | J | | |
| 40. | | | | | Sold | 10/19/15 | J | | |
| 41. - PROSHARES TR S&P 500 DV ARIST (NOBL) | | | | | Buy | 01/15/15 | J | | |
| 42. | | | | | Sold (part) | 08/27/15 | J | | |
| 43. - SPDR BARCLAYS CAPITAL INTERMED (ITE) | | | | | Buy | 05/06/15 | J | | |
| 44. | | | | | Sold | 12/01/15 | J | A | |
| 45. - SPDR BARCLAYS CAPITAL INTER CR BND (ITR) | | | | | Buy | 05/06/15 | J | | |
| 46. | | | | | Sold | 12/01/15 | J | | |
| 47. - SPDR BARCLAYS CAPITAL SHORT | | | | | Buy | 05/06/15 | J | | |
| 48. | | | | | Sold | 12/01/15 | J | | |
| 49. - SPDR TRUST SERIES 1 (SPY) | | | | | Buy | 10/19/15 | J | | |
| 50. - VANGUARD MIDCAP GROWTH ETF (VOT) | | | | | Buy | 03/10/15 | J | | |
| 51. | | | | | Sold (part) | 08/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/01/15 | J | | |
| 53. - BLACKROCK US OPPORTUNITIES INS (BMCIX) | | | | | Buy | 11/03/15 | J | | |
| 54. - T ROWE PRICE DVRSFD SM CP GR (PRDSX) | | | | | Buy | 11/03/15 | J | | |
| 55. Brokerage Acct. WF7-2943 (IRA) | E | Int./Div. | O | T | | | | | |
| 56. - IShares Core S&P Midcap ETF | | | | | Sold | 01/29/15 | K | C | |
| 57. - Money Market - Wells Fargo | | | | | | | | | |
| 58. - Altria Group Inc | | | | | Sold (part) | 01/29/15 | J | C | |
| 59. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 60. - Apple Inc. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 61. - IShares IBOXX $ Yld Etf Corporate Bond Fund | | | | | Sold | 01/29/15 | K | | |
| 62. - IShares S&P US Preferred Stock | | | | | Sold (part) | 01/29/15 | J | A | |
| 63. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 64. - IShares Core S&P Smallcap | | | | | Sold | 01/29/15 | J | B | |
| 65. - Western Asset Income Fd. (mutual fund) | | | | | Buy (add'l) | 07/07/15 | K | | |
| 66. - ENERGY SELECT ETF SECTOR SPDR | | | | | Buy (add'l) | 01/29/15 | J | | |
| 67. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 68. - FINANCIAL SELECT ETF SECTOR SPDR | | | | | Sold (part) | 01/29/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 70. - INDUSTRIAL SELECT ETF SECTOR SPDR | | | | | Buy (add'l) | 07/07/15 | J | | |
| 71. - SECTOR SPDR TR TECHNOLOGY SELECT SECTOR | | | | | Sold (part) | 01/29/15 | J | B | |
| 72. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 73. - SELECT SECTOR SPDR FD HEALTHCARE | | | | | Sold (part) | 01/29/15 | J | A | |
| 74. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 75. - SELECT SECTOR SPDR FD CONSUMER DISCRETIONARY | | | | | Sold (part) | 01/29/15 | J | B | |
| 76. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 77. - SPDR EURO STOXX 50 ETF | | | | | Buy (add'l) | 01/29/15 | J | | |
| 78. | | | | | Sold (part) | 07/02/15 | J | A | |
| 79. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 80. - VANGUARD FTSE DEVELOPED MARKETS ETF | | | | | Buy (add'l) | 01/29/15 | J | | |
| 81. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 82. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 83. - VANGUARD SHORT TERM ETF CORP BD | | | | | Sold (part) | 01/29/15 | J | | |
| 84. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 85. - OPPENHEIMER SENIOR FLOATING RATE FD CL Y | | | | | Sold | 01/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - AMERICAN AIRLINES GROUP INC | | | | | Sold (part) | 01/29/15 | J | B | |
| 87. | | | | | Sold | 02/27/15 | J | B | |
| 88. - FORD MOTOR COMPANY | | | | | Sold | 01/29/15 | J | | |
| 89. - GILEAD SCIENCES INC | | | | | Sold (part) | 01/29/15 | J | A | |
| 90. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 91. - ISHARES MSCI UNITED KINGDOM | | | | | Buy (add'l) | 01/29/15 | J | | |
| 92. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 93. - ISHARES IBOXX& INVESTMENT GRADE CORP BD | | | | | Sold | 01/29/15 | K | B | |
| 94. - METLIFE INC | | | | | Buy (add'l) | 01/29/15 | J | | |
| 95. | | | | | Sold | 04/16/15 | J | | |
| 96. - PIMCO TOTAL RETURN | | | | | Sold (part) | 01/29/15 | J | A | |
| 97. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 98. - SELECT SECTOR SPDR FD MATERIALS | | | | | Sold (part) | 01/29/15 | J | A | |
| 99. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 100. - BLACKSTONE GROUP LP/THE | | | | | Buy | 01/29/15 | J | | |
| 101. | | | | | Sold | 07/02/15 | J | B | |
| 102. - FIRST TRUST VI ETF MULTI-ASSET DIVERSIFIED | | | | | Buy | 01/29/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 104. | | | | | Sold | 12/07/15 | L | | |
| 105.  - ALPHABET INC VOTING CAP STK CL A | | | | | Buy | 01/29/15 | J | | |
| 106. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 107.  - ISHARES S&P MIDCAP 400 GROWTH | | | | | Buy | 01/29/15 | K | | |
| 108. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 109.  - ISHARES S&P MIDCAP 400 VALUE | | | | | Buy | 01/29/15 | J | | |
| 110. | | | | | Sold (part) | 04/09/15 | J | A | |
| 111. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 112.  - ISHARES MSCI GERMANY | | | | | Buy | 04/16/15 | J | | |
| 113. | | | | | Sold | 07/02/15 | J | | |
| 114.  - ISHARES CORE S&P SMALL CAP 600 GROWTH | | | | | Buy | 01/29/15 | K | | |
| 115. | | | | | Buy (add'l) | 07/07/15 | K | | |
| 116.  - ISHARES CORE S&P SMALL CAP 600 VALUE | | | | | Buy | 01/29/15 | J | | |
| 117. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 118.  - ISHARES TIP BOND | | | | | Buy | 01/29/15 | K | | |
| 119. | | | | | Buy (add'l) | 07/07/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - POWERSHARES DYNAMIC MKT LEISURE AND ENTERTAIN | | | | | Buy | 07/21/15 | J | | |
| 121. - SPDR S&P BANK ETF | | | | | Buy | 07/21/15 | K | | |
| 122. - TRINITY INDUSTRIES | | | | | Buy | 04/09/15 | J | | |
| 123. | | | | | Sold | 07/02/15 | J | | |
| 124. - UNITED RENTALS | | | | | Buy | 02/27/15 | J | | |
| 125. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 126. | | | | | Sold | 07/30/15 | J | | |
| 127. - ADVISORS INNER CIRCLE FD WESTWOOD INCOME OPP | | | | | Buy | 01/30/15 | L | | |
| 128. | | | | | Buy (add'l) | 07/08/15 | L | | |
| 129. - PIMCO FDS INCOME FD INSTL CL | | | | | Buy | 12/08/15 | L | | |
| 130. WA Brok.Acct.6 ( ) (H) | | | | | | | | | |
| 131. - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | J | T | | | | | |
| 132. - Guggenheim Build America Bonds Managed Duration Trust | A | Dividend | | | Sold | 09/08/15 | J | | |
| 133. - University AR Univ Revs Various Fac-Fayetteville Ser A B/E OID 5.0% | A | Interest | J | T | | | | | |
| 134. - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 135. - Nuveen Select Tax Free Income Port 2 SBI | A | Dividend | | | Sold | 08/07/15 | J | | |
| 136. - Voya SmartDesign Variable Annuity | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - WATSON CHAPEL AR SCH DIST 24 CONSTR G/O LTD CPN 4.25%, 6/1/40 | A | Interest | K | T | | | | | |
| 138. - AT&T INC | B | Dividend | J | T | Sold (part) | 12/31/15 | J | | |
| 139. - DILLARDS CAP TR I 7.5%, 8/1/38 | B | Interest | K | T | | | | | |
| 140. - GENERAL ELECTRIC COMPANY | A | Dividend | K | T | | | | | |
| 141. - GOLDMAN SACHS MLP ENERGY RENAISSANCE FD | A | Distribution | | | Sold | 07/23/15 | J | | |
| 142. - PITNEY BOWES INC 5.25% PFD $25 PAR SENIOR NOTE | A | Interest | | | Buy | 08/07/15 | J | | |
| 143. | | | | | Buy (add'l) | 08/07/15 | J | | |
| 144. | | | | | Sold | 11/27/15 | J | | |
| 145. WF Brok. Acct. 9 IRA 3S ( )(SWW) | C | Int./Div. | | | | | | | |
| 146. - AT & T Inc | | | | | Sold | 06/04/15 | J | A | |
| 147. - CVS HEALTH CORPORATION | | | | | Sold (part) | 06/05/15 | J | A | |
| 148. | | | | | Sold | 06/17/15 | J | C | |
| 149. - Global Payments Inc | | | | | Sold | 06/17/15 | J | B | |
| 150. - Hartford Finl Svcs Group Inc | | | | | Sold | 06/17/15 | J | C | |
| 151. - Ingersoll-Rand PLC Shares | | | | | Sold | 06/17/15 | J | B | |
| 152. - MGM Resorts International | | | | | Sold | 01/22/15 | J | A | |
| 153. - Pfizer Inc. | | | | | Sold (part) | 03/10/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 06/17/15 | J | B | |
| 155. - US Bancorp New | | | | | Sold | 05/06/15 | J | A | |
| 156. - McKesson Corp Sr Unsecured CPN 3.25%, 3/1/16 | | | | | Sold | 06/17/15 | J | | |
| 157. - Thermo Fisher Scientific Sr Unsecured CPN 2.25%, 8/15/16 | | | | | Sold | 06/17/15 | J | | |
| 158. - John Deere Capital Corp Medium Term Notes CPN 1.85%, 9/15/16 | | | | | Sold | 06/17/15 | J | A | |
| 159. - Ace INA Holdings Notes Callable CPN 5.7%, 2/15/17 | | | | | Sold | 06/15/15 | J | A | |
| 160. - American Express Senior Notes CPN 6.15%, 8/28/17 | | | | | Sold | 06/17/15 | J | | |
| 161. - Merrill Lynch & Co Medium Term Notes CPN 6.4%, 8/28/17 | | | | | Sold | 06/17/15 | J | A | |
| 162. - Anheuser-Busch Inbev Wor Co. GTD Ser WI CPN 5.375%, 1/15/20 | | | | | Sold | 06/17/15 | J | A | |
| 163. - Comcast Corp Company GTD CPN 5.15%, 3/1/20 | | | | | Sold | 06/17/15 | J | A | |
| 164. - Dominion Resources Inc Sr Unsecured Ser A CPN 4.45%, 3/15/21 | | | | | Sold | 06/17/15 | J | | |
| 165. - Caterpillar Inc Sr Unsecured CPN 3.9%, 5/27/21 | | | | | Sold | 06/17/15 | J | A | |
| 166. - Capital One Financial Co Senior Notes CPN 4.75%, 7/15/21 | | | | | Sold | 06/17/15 | J | | |
| 167. - Cigna Corp Sr Unsecured CPN 4.0%, 2/15/22 | | | | | Sold | 06/17/15 | J | A | |
| 168. - Marathon Oil Corp Sr Unsecured Callable CPN 2.8%, 11/1/22 | | | | | Sold | 06/17/15 | J | | |
| 169. - Midamerican Energy Hldgs Bonds CPN 6.125%, 4/1/36 | | | | | Sold | 06/17/15 | J | A | |
| 170. - Metlife Inc Subord Fltg Rate Notes Final Legal Mty 12/15/66 CPN 6.4 | | | | | Sold | 06/17/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - AT&T Inc Senior Notes Callable CPN 6.55%, 2/15/39 | | | | | Sold | 06/17/15 | J | | |
| 172.  - US Treasury Notes CPN 1.75%, 7/31/15 | | | | | Sold (part) | 01/14/15 | J | | |
| 173. | | | | | Buy (add'l) | 02/05/15 | J | | |
| 174. | | | | | Sold (part) | 02/12/15 | J | | |
| 175. | | | | | Sold | 05/05/15 | K | | |
| 176.  - Federal Home Ln Mtg Corp Notes CPN 2.5%, 5/27/16 | | | | | Sold | 06/17/15 | J | A | |
| 177.  - US Treasury Notes CPN 1.0%, 8/31/16 | | | | | Buy (add'l) | 03/12/15 | J | | |
| 178. | | | | | Sold (part) | 05/05/15 | J | | |
| 179. | | | | | Buy (add'l) | 06/04/15 | J | | |
| 180. | | | | | Sold | 06/17/15 | K | | |
| 181.  - US Treasury Notes CPN 3.25%, 3/31/17 | | | | | Sold | 06/17/15 | J | | |
| 182.  - Federal Home Ln Mtg Corp Medium Term Note CPN 3.75%, 3/27/19 | | | | | Sold | 05/21/15 | J | A | |
| 183.  - US Treasury Notes CPN 3.875%, 5/15/18 | | | | | Sold | 06/17/15 | J | | |
| 184.  - US Treasury Notes CPN 2.625%, 8/15/20 | | | | | Sold (part) | 02/05/15 | J | | |
| 185. | | | | | Buy (add'l) | 05/05/15 | J | | |
| 186. | | | | | Sold (part) | 06/04/15 | J | | |
| 187. | | | | | Sold | 06/17/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - ABBOTT LABORATORIES | | | | | Sold | 06/17/15 | J | B | |
| 189. - AMERICAN INTL GROUP INC | | | | | Sold | 06/17/15 | J | B | |
| 190. - AMERIPRISE FINANCIAL INC | | | | | Sold (part) | 04/09/15 | J | B | |
| 191. | | | | | Sold | 06/17/15 | J | B | |
| 192. - CORNING INC | | | | | Sold (part) | 06/04/15 | J | A | |
| 193. | | | | | Sold | 06/17/15 | J | A | |
| 194. - DEVON ENERGY CORP | | | | | Sold | 06/17/15 | J | | |
| 195. - GENERAL MOTORS CO | | | | | Sold | 06/17/15 | J | | |
| 196. - SEMPRA ENERGY | | | | | Buy (add'l) | 06/05/15 | J | | |
| 197. | | | | | Sold | 06/17/15 | J | A | |
| 198. - AMGEN INC SR UNSECURED CPN 2.125%, 5/15/17 | | | | | Sold | 06/17/15 | J | | |
| 199. - ORACLE CORP NOTES CALLABLE CPN 5.75%, 4/15/18 | | | | | Sold | 04/29/15 | J | | |
| 200. - GOLDMAN SACH GROUP NOTES CPN 2.90%, 7/19/18 | | | | | Sold | 06/02/15 | J | A | |
| 201. - KINDER MORGAN ENER PART SR UNSECURED CPN 2.65%, 2/1/19 | | | | | Sold | 06/17/15 | J | | |
| 202. - DIRECTV HOLDINGS/FING COMPANY GTD CPN 3.8%, 3/15/22 | | | | | Sold | 06/17/15 | J | | |
| 203. - SEMPRA ENERGY SR UNSECURED CALLABLE CPN 2.875%, 10/01/22 | | | | | Sold | 06/17/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. - VERIZON COMMUNICATIONS SR UNSECURED CALLABLE CPN 2.45%, 11/1/22 | | | | | Sold | 06/17/15 | J | | |
| 205. - GENERAL ELEC CAP CORP MEDIUM TERM NOTES CPN 3.1%, 1/9/23 | | | | | Sold | 06/17/15 | J | A | |
| 206. - MORGAN STANLEY SR UNSECURED CPN 3.75%, 2/25/23 | | | | | Sold | 06/17/15 | J | A | |
| 207. - CITIGROUP INC UNSECURED CPN 3.375%, 3/1/23 | | | | | Sold | 06/17/15 | J | | |
| 208. - BURLINGTN NORTH SANTA FE SR UNSECURED CALLABLE CPN 3.0%, 3/15/23 | | | | | Sold | 06/17/15 | J | | |
| 209. - JPMORGAN CHASE & CO SUBORDINATED CPN 3.375%, 5/1/23 | | | | | Sold | 06/17/15 | J | | |
| 210. - FORD MOTOR CO SR UNSECURED CPN 4.75%, 1/15/43 | | | | | Sold | 06/17/15 | J | | |
| 211. - US TREASURY NOTES CPN 0.75%, 12/31/17 | | | | | Sold | 06/17/15 | J | A | |
| 212. - US TREASURY NOTES CPN 1.375%, 9/30/18 | | | | | Sold | 06/17/15 | J | A | |
| 213. - US TREASURY NOTES CPN 1.125%, 12/31/19 | | | | | Sold | 06/17/15 | J | | |
| 214. - US TREASURY NOTES CPN 2.5%, 8/15/23 | | | | | Sold | 06/17/15 | J | A | |
| 215. - US TREASURY BONDS CPN 2.75%, 11/15/42 | | | | | Buy (add'l) | 01/07/15 | J | | |
| 216. | | | | | Buy (add'l) | 01/08/15 | J | | |
| 217. | | | | | Sold | 06/17/15 | J | | |
| 218. - BANK OF MONTREAL MEDIUM TERM NOTES CPN 2.375%, 1/25/19 | | | | | Sold | 06/17/15 | J | | |
| 219. - AGILENT TECH INC | | | | | Sold | 04/29/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220.  - ALLY FINANCIAL INC | | | | | Buy (add'l) | 05/06/15 | J | | |
| 221. | | | | | Sold | 06/17/15 | J | | |
| 222.  - BANK OF AMERICA CORP | | | | | Sold | 06/17/15 | J | A | |
| 223.  - BERRY PLASTICS GROUP INC | | | | | Sold | 05/06/15 | J | A | |
| 224.  - COLONY FINANCIAL INC | | | | | Sold (part) | 03/20/15 | J | A | |
| 225. | | | | | Sold | 06/17/15 | J | A | |
| 226.  - CSX CORP | | | | | Sold | 06/17/15 | J | A | |
| 227.  - CYPRESS SEMICONDUCTOR CORP | | | | | Sold (part) | 06/08/15 | J | A | |
| 228. | | | | | Sold | 06/17/15 | J | A | |
| 229.  - ENERGIZER HOLDINGS INC | | | | | Sold | 06/17/15 | J | A | |
| 230.  - EXXON MOBIL CORP | | | | | Sold | 02/24/15 | J | | |
| 231.  - FIFTH THIRD BANCORP | | | | | Sold | 06/17/15 | J | | |
| 232.  - HELIX ENERGY SOLUTIONS GROUP | | | | | Sold | 03/17/15 | J | | |
| 233.  - KROGER COMPANY COMMON | | | | | Sold | 04/29/15 | J | A | |
| 234.  - LIVE NATION ENTERTAINMENT INC | | | | | Sold | 06/17/15 | J | A | |
| 235.  - NORTHSTAR REALTY FINANCE CORP | | | | | Buy (add'l) | 03/20/15 | J | | |
| 236. | | | | | Sold | 06/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. - NRG ENERGY INC | | | | | Sold (part) | 02/23/15 | J | | |
| 238. | | | | | Sold | 04/14/15 | J | | |
| 239. - SPECTRA ENERGY CORP | | | | | Sold | 02/03/15 | J | | |
| 240. - STANLEY BLACK & DECKER INC | | | | | Sold | 06/17/15 | J | A | |
| 241. - TEVA PHARMACEUTICAL | | | | | Buy (add'l) | 06/04/15 | J | | |
| 242. | | | | | Sold | 06/17/15 | J | A | |
| 243. - JOHN DEERE CAPITAL CORP MEDIUM TERM NOTES CPN 1.95%, 12/13/18 | | | | | Sold | 06/17/15 | J | A | |
| 244. - CVS CAREMARK CORP SR UNSECURED CPN 2.25%, 12/05/18 | | | | | Sold | 06/17/15 | J | A | |
| 245. - PRAXAIR INC SR UNSECURED NOTES CPN 4.625%, 03/30/15 | | | | | Sold | 03/30/15 | J | | |
| 246. - ENTERPRISE PRODUCTS OPER SR UNSECURED CPN 4.85%, 03/15/44 | | | | | Sold | 06/17/15 | J | | |
| 247. - MAGELLAN MIDSTREAM PRTNS SR NOTES CPN 5.65%, 10/15/16 | | | | | Sold | 06/17/15 | J | | |
| 248. - INTEL CORP SR UNSECURED CPN 4.8%, 10/01/41 | | | | | Sold | 06/17/15 | J | | |
| 249. - BANK OF AMERICA CORP INTERNOTES CPN 5%, 01/21/44 | | | | | Sold | 06/17/15 | J | | |
| 250. - US TREASURY VARIABLE RATE NOTES DUE 10/31/16 DTD 10/31/14 | | | | | Sold | 06/17/15 | J | A | |
| 251. - US TREASURY NOTES CPN 0.875%, 11/15/17 | | | | | Buy (add'l) | 01/05/15 | J | | |
| 252. | | | | | Sold | 06/17/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. - US TREASURY NOTES CPN 2.5%, 05/15/24 | | | | | Sold (part) | 02/05/15 | J | A | |
| 254. | | | | | Sold (part) | 04/30/15 | J | A | |
| 255. | | | | | Sold | 06/17/15 | J | A | |
| 256. - US TREASURY INFLATION INDEX BONDS 0.625%, 02/15/43 | | | | | Sold | 06/17/15 | J | A | |
| 257. - US TREASURY BONDS CPN 3.0%, 05/15/42 | | | | | Buy (add'l) | 02/12/15 | J | | |
| 258. | | | | | Sold (part) | 03/12/15 | J | A | |
| 259. | | | | | Sold | 05/05/15 | J | A | |
| 260. - BROOKDALE SENIOR LIVING INC | | | | | Buy | 04/29/15 | J | | |
| 261. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 262. | | | | | Sold | 06/17/15 | J | | |
| 263. - CF INDUSTRIES HOLDINGS INC | | | | | Buy | 04/15/15 | J | | |
| 264. | | | | | Sold | 06/17/15 | J | A | |
| 265. - CHEVRON CORPORATION | | | | | Buy | 02/23/15 | J | | |
| 266. | | | | | Sold | 06/17/15 | J | | |
| 267. - EXTERRAN HOLDINGS INC | | | | | Buy | 04/29/15 | J | | |
| 268. | | | | | Sold | 06/17/15 | J | | |
| 269. - FRONTIER COMMUNICATIONS CORP | | | | | Buy | 06/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 270. | | | | | Sold | 06/17/15 | J | | |
| 271.  - GANNETT CO INC DEL | | | | | Buy | 06/03/15 | J | | |
| 272. | | | | | Sold | 06/17/15 | J | A | |
| 273.  - GENERAL ELECTRIC COMPANY | | | | | Buy | 04/10/15 | J | | |
| 274. | | | | | Sold | 06/17/15 | J | | |
| 275.  - HUNTSMAN CORP | | | | | Buy | 05/12/15 | J | | |
| 276. | | | | | Sold | 06/17/15 | J | | |
| 277.  - KINDER MORGAN INC DEL | | | | | Buy | 02/24/15 | J | | |
| 278. | | | | | Sold | 06/17/15 | J | | |
| 279.  - LIBERTY INTERACTIVE CORP | | | | | Buy | 06/03/15 | J | | |
| 280. | | | | | Sold | 06/17/15 | J | A | |
| 281.  - SYMANTEC CORP | | | | | Buy | 01/22/15 | J | | |
| 282. | | | | | Sold | 06/17/15 | J | | |
| 283.  - VULCAN MATERIALS COMPANY | | | | | Buy | 01/22/15 | J | | |
| 284. | | | | | Sold | 06/03/15 | J | A | |
| 285.  - ACE INA HOLDINGS SR UNSECURED CPN 3.15%, 3/15/25 | | | | | Buy | 06/15/15 | J | | |
| 286. | | | | | Sold | 06/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 287. - APPLE INC FLOATING RATE NOTE CPN 0%, 5/3/18 | | | | | Buy | 06/12/15 | J | | |
| 288. | | | | | Sold | 06/17/15 | J | | |
| 289. - ORACLE CORP SR UNSECURED CALLABLE CPN 3.9%, 5/15/35 | | | | | Buy | 04/29/15 | J | | |
| 290. | | | | | Buy (add'l) | 04/30/15 | J | | |
| 291. | | | | | Sold | 06/17/15 | J | | |
| 292. - GOLDMAN SACHS GROUP NOTES CPN 3.75%, 5/22/25 | | | | | Buy | 06/02/15 | J | | |
| 293. | | | | | Sold | 06/17/15 | J | | |
| 294. - AMERICAN INTL GRP SR UNSECURED 4.5%, 7/16/44 | | | | | Buy | 02/05/15 | J | | |
| 295. | | | | | Sold | 06/17/15 | J | | |
| 296. - US TREASURY NOTES CPN 0.25%, 7/15/15 | | | | | Buy | 01/09/15 | J | | |
| 297. | | | | | Sold | 06/17/15 | J | A | |
| 298. - US TREASURY NOTES CPN 1.0%, 06/30/16 | | | | | Buy | 05/05/15 | J | | |
| 299. | | | | | Sold | 06/17/15 | J | | |
| 300. - FEDERAL NATL MTG ASSN NOTES CPN 1.5%, 6/22/20 | | | | | Buy | 05/21/15 | J | | |
| 301. | | | | | Sold | 06/17/15 | J | | |
| 302. - US TREASURY NOTES CPN 2%, 2/15/25 | | | | | Buy | 05/05/15 | J | | |
| 303. | | | | | Sold | 06/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 304. - US TREASURY NOTES CPN 2%, 02/28/21 | | | | | Buy | 05/05/15 | J | | |
| 305. | | | | | Sold | 06/17/15 | J | | |
| 306. - FEDERAL NATL MTG ASSN BONDS CPN 2.625%, 9/6/24 | | | | | Buy | 03/13/15 | J | | |
| 307. | | | | | Sold | 06/17/15 | J | | |
| 308. - US TREASURY 8/42 BOND 2.75%, 8/15/42 | | | | | Buy | 06/04/15 | J | | |
| 309. | | | | | Sold | 06/17/15 | J | | |
| 310. Simmons Bank (formerly Metropolitan National Bank-Little Rock) | A | Interest | J | T | | | | | |
| 311. Lafayette Co., AR (royalty & fractional mineral interests) | A | Royalty | K | W | | | | | |
| 312. Miller Co., AR (royalty & fractional mineral interest) | | None | J | W | | | | | |
| 313. Webster Parish, LA (royalty & fractional mineral inter.) | B | Royalty | J | W | | | | | |
| 314. Caddo Parish, LA (royalty & fractional mineral inter.) | A | Royalty | J | W | | | | | |
| 315. Hempstead Co., AR (mineral interest) | | None | J | W | | | | | |
| 316. Miller Co., AR (land) | | None | J | W | | | | | |
| 317. IRA (▓▓▓) | C | Int./Div. | | | | | | | |
| 318. - ASTRAZENECA PLC SPON ADR | | | | | Sold | 06/16/15 | J | A | |
| 319. - BANCO BILBAO VIZCAYA AGRENTARIA, S.A. ADR | | | | | Sold | 06/16/15 | J | | |
| 320. - BANK MONTREAL QUEBEC | | | | | Sold | 06/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 321. - BASF SE SPONSORED ADR | | | | | Sold | 06/16/15 | J | | |
| 322. - BK NOVA SCOTIA HALIFAX | | | | | Sold | 06/16/15 | J | | |
| 323. - BRITISH AMERN TOB PLC SPON ADR | | | | | Sold | 06/16/15 | J | A | |
| 324. - CHEVRON CORPORATION | | | | | Sold | 06/16/15 | J | | |
| 325. - DEUTSCHE BOERSE AG-UNSPO ADR | | | | | Sold | 06/16/15 | J | A | |
| 326. - DIAGEO PLC SPONSORED ORD NEW | | | | | Sold | 06/16/15 | J | | |
| 327. - DOMINION RES INC VA NEW | | | | | Sold | 06/16/15 | J | A | |
| 328. - DUKE ENERGY CORP COM NEW | | | | | Sold | 06/16/15 | J | A | |
| 329. - EATON CORP PLC | | | | | Sold | 06/16/15 | J | A | |
| 330. - ELI LILLY & CO | | | | | Sold | 06/16/15 | J | B | |
| 331. - ENI S P A SPON ADR | | | | | Sold | 06/16/15 | J | | |
| 332. - GLAXOSMITHKLINE PLC-ADR | | | | | Sold | 06/16/15 | J | | |
| 333. - HARRIS CORP DEL | | | | | Sold | 06/16/15 | J | A | |
| 334. - HSBC HOLDINGS PLC-SPON ADR | | | | | Sold | 06/16/15 | J | | |
| 335. - JOHNSON & JOHNSON | | | | | Sold | 06/16/15 | J | A | |
| 336. - KIMBERLY-CLARK CORP | | | | | Sold | 02/20/15 | J | A | |
| 337. - KONINKLIJKE PHILIPS N V NY REG SH | | | | | Sold | 06/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 338. - LAS VEGAS SANDS CORP | | | | | Buy (add'l) | 04/16/15 | J | | |
| 339. | | | | | Sold | 06/16/15 | J | | |
| 340. - LOCKHEED MARTIN CORP | | | | | Sold | 06/16/15 | J | B | |
| 341. - MCDONALDS CORP | | | | | Sold | 02/20/15 | J | | |
| 342. - MICHELIN (CGDE) UNSP ADR | | | | | Sold | 06/16/15 | J | A | |
| 343. - MICROSOFT CORP | | | | | Sold | 06/16/15 | J | A | |
| 344. - NATIONAL GRID PLC SPON ADR NEW | | | | | Sold | 06/16/15 | J | A | |
| 345. - NESTLE S A REG ADR | | | | | Sold | 06/16/15 | J | A | |
| 346. - NOVARTIS AG SPON ADR | | | | | Sold | 06/16/15 | J | A | |
| 347. - PFIZER INCORPORATED | | | | | Sold | 06/16/15 | J | A | |
| 348. - PHILIP MORRIS INTERNATIONAL INC | | | | | Sold | 06/16/15 | J | | |
| 349. - PPL CORPORATION | | | | | Sold | 04/16/15 | J | A | |
| 350. - PRUDENTIAL PLC SPON ADR | | | | | Sold | 06/16/15 | J | A | |
| 351. - PUBLIC SVC ENTERPRISE GROUP INC | | | | | Sold | 06/16/15 | J | A | |
| 352. - RECKITT BENCKISER PLC SPONSORED ADR | | | | | Sold | 06/16/15 | J | A | |
| 353. - ROCHE HOLDINGS LTD ADR | | | | | Sold | 06/16/15 | J | A | |
| 354. - ROYAL DUTCH SHELL PLC ADR CL A | | | | | Buy (add'l) | 02/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. | | | | | Sold | 06/16/15 | J | | |
| 356. - SANOFI ADR | | | | | Sold | 06/16/15 | J | | |
| 357. - SIEMENS A G - ADR | | | | | Sold | 06/16/15 | J | | |
| 358. - SINGAPORE TELECOMMUNICATIONS-ADR | | | | | Sold | 06/16/15 | J | A | |
| 359. - SUMITOMO MITSUI FINL GROUP INC SPON ADR | | | | | Sold | 06/16/15 | J | | |
| 360. - TELENOR ASA-ADS | | | | | Sold | 06/16/15 | J | | |
| 361. - TELSTRA CORPORATION LTD SPON ADR | | | | | Sold | 06/16/15 | J | | |
| 362. - TOTAL S.A. SPONS ADR | | | | | Sold | 06/16/15 | J | | |
| 363. - UNILEVER N V ADR | | | | | Sold | 06/16/15 | J | A | |
| 364. - VERIZON COMMUNICATIONS COM | | | | | Sold | 06/16/15 | J | | |
| 365. - ZURICH INSURANCE GROUP ADR | | | | | Sold | 06/16/15 | J | A | |
| 366. - BHP BILLITON LTD SPON ADR | | | | | Sold | 06/16/15 | J | | |
| 367. - CISCO SYSTEMS INC | | | | | Sold | 06/16/15 | J | A | |
| 368. - EXXON MOBIL CORP | | | | | Sold | 06/16/15 | J | | |
| 369. - LVMH MOET HENNESSY | | | | | Sold | 06/16/15 | J | | |
| 370. - LYONDELLBASELL INDUSTRIES AF SCA CLASS A | | | | | Sold | 06/16/15 | J | A | |
| 371. - MERCK & CO INC NEW | | | | | Sold | 06/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 372. - RIO TINTO PLC SPONSORED ADR | | | | | Sold | 06/16/15 | J | | |
| 373. - TOYOTA MTR CORP ADR NEW 3/82 | | | | | Sold | 06/16/15 | J | A | |
| 374. - SOUTH32 LTD ADR W/I SPONSORED - SPINOFF FROM BHP BILLITON PLC-ADR | | | | | Spinoff (from line 366) | 05/29/15 | J | | |
| 375. | | | | | Sold | 06/01/15 | J | | |
| 376. - COMPASS GRP PLC SPON ADR | | | | | Buy | 02/23/15 | J | | |
| 377. | | | | | Sold | 06/16/15 | J | | |
| 378. - HASBRO INC | | | | | Buy | 02/20/15 | J | | |
| 379. | | | | | Sold | 06/16/15 | J | A | |
| 380. - NEXTRA ENERGY | | | | | Buy | 04/16/15 | J | | |
| 381. | | | | | Sold | 04/16/15 | J | | |
| 382. - TORONTO DOMINION BK NEW | | | | | Buy | 02/20/15 | J | | |
| 383. | | | | | Sold | 06/16/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 04/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts:

Part I indicates that reporting person is a trustee of four family trusts. Only one of these trusts is reportable in Part VII.

Line 3 - Reporting person is Trustee of this family trust, a trust created by reporting person. The underlying assets are reported on lines 4 through 54.

Line 55 - an IRA account. The underlying assets are reported on lines 56 through 129.

Line 130 - A heading for a brokerage account. The underlying assets are reported separately on lines 131 through 144, including the income, year-end values and transactions.

Line 145 - an IRA account. The underlying assets are reported on lines 146 through 309. All assets in this account were sold and account was closed during 2015.

Line 317 - an IRA account. The underlying assets are reported on lines 318 through 383. All assets in this account were sold and account was closed during 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ SUSAN W. WRIGHT

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544